AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| MELODY STEELE-SMITH | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*             MELODY STEELE-SMITH                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1752(a) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 USC 5104(e)(2) Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/19/2021

2021.01.19
19:15:18 -05'00'

*Issuing officer's signature*
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

City and state: Washington D.C.

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1-20-2021 at *(city and state)* Gloucester, VA |
| Date: 1-20-2021        FBI Arrest  *Arresting officer's signature* |
| *Printed name and title* |