UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

   v.                         :        1:21CR100077

MELODY STEELE SMITH     :

**ORDER**

Upon consideration of defense counsel's Unopposed Motion to Change Time of Status Hearing and for good cause shown, it is hereby

ORDERED that the status hearing in this matter shall be held by video-teleconference on December 17, 2021, at 10 a.m.