IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>MELODY STEELE-SMITH<br><br>              Defendant. | Case No. 21-cr-077 (RDM) |

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Undersigned counsel moves for entry of an Order granting him leave to withdraw his appearance as an attorney for Ms. Steele-Smith. Ms. Steele-Smith is being represented by the Office of the Federal Public Defender, and undersigned counsel is no longer employed at the Office of the Federal Public Defender. Accordingly, undersigned counsel moves the Court for the entry of an Order permitting him to withdraw his appearance of counsel for Ms. Steele-Smith.

Respectfully submitted,

        /s/
Tony Miles (#484450)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C. 20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: tmiles@kaiserdillon.com