**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-CR-077** |
| **v.** | **:** | |
| | **:** | |
| **MELODY STEELE-SMITH** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Melody Steele-Smith, by and through her attorney, Elizabeth Mullin, now submit this joint status report, requested by the Court on August 27, 2022.

1. At the last hearing, the government discussed the state of both global discovery and case-specific discovery in this matter. Since that hearing, the government has made six additional global productions, and has made all prior global productions available on the defense instances of Relativity and Evidence.com. In the near future, the government expects to make additional global productions.

2. The government is willing to continue discussions regarding the disposition of this matter, though the plea offer previously extended was rejected on the record on March 9, 2022, prior to the filing of motions in this case. There is currently no plea offer outstanding.

3. At the last hearing, defense counsel represented they would continue to work with the government on outstanding discovery issues.

4. The government and the defense have had conversations regarding a possible plea in this matter and will continue to work to determine if this case can be resolved short of

trial.   No agreement has been reached thus far, however, and a plea does not appear imminent.

5.   The parties are in agreement that neither party will be requesting an evidentiary hearing as to the motions filed by the defendant, which are set to be heard by this Court on September 19, 2022. The parties agree that hearings are not required for the motions that have been filed.   The parties agree that there is no need for an oral argument on the motions.   Should this Court agree that no oral arguments are needed, the next matter before this Court would be a pretrial conference.

6.   Counsel for defendant has advised the government that the defendant no longer believes that it is necessary to conduct any matters before this Court via Zoom.   The government and the defendant are able to appear in person for any future proceedings before the Court.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:      /s/
BRITTANY L. REED
Assistant United States Attorney-Detailee
650 Poydras Street, Ste. 1600
New Orleans, Louisiana 70130
Telephone: 504-680-3031
Brittany.Reed2@usdoj.gov