# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | No. 21-77-1 (RDM) |
| ) | |
| **MELODY STEELE SMITH,** ) | |
| ) | |
| **Defendant** ) | |
| _____) | |

## NOTICE OF PUBLIC AUTHORITY DEFENSE

Ms. Melody Steele Smith, through counsel, and pursuant to Federal Rule of Criminal Procedure 12.3, hereby gives notice that as to Counts Two, Three, Four, and Five, she may assert as a defense at trial that she was acting under actual or believed public authority at the time of the alleged offenses. Specifically, Ms. Smith submits that, on or about January 6, 2021, she believed she was authorized to engage in the conduct set forth in Counts Two through Five by Donald J. Trump and certain law enforcement officers at the Capitol on January 6, 2021.

Respectfully Submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500


_____/s/_____

1

2

NATHANIEL WENSTRUP
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
703-600-0825
703-600-0880 (fax)
Nate_Wenstrup@fd.org