UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Case No. 21-cr-00077 (RDM)** |
| **MELODY STEELE SMITH** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO CONVERT THE PRETRIAL CONFERENCE TO A CHANGE OF PLEA HEARING AND TO VACATE TRIAL**

The United States of America, through the undersigned Assistant United States Attorney, moves this Court to convert the pre-trial conference scheduled for November 1, 2022, to a change of plea hearing. The defendant has informed the government that she intends to accept the government's plea offer at a change of plea hearing. Counsel for the government and the defendant were informed that this Court is available to conduct the change of plea hearing on November 1, 2022. Counsel for the government and defendant agree that this matter can be held in person as there is currently no circumstance that would permit for the application of the CARES Act. As such, the government respectfully moves to have the November 1, 2022, pretrial conference date converted to a change of plea hearing.

Additionally, because the defendant has expressed her desire to plead guilty prior to the November 14, 2022 trial, the government moves to have the aforementioned trial date be vacated.

## CONCLUSION

For the foregoing reasons the government respectfully request that the Court grant the request to convert the November 1, 2022 pretrial conference to a change of plea hearing. Additionally, the government requests that the trial date of November 14, 2022, be vacated.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Brittany L. Reed*
BRITTANY L. REED
Trial Attorney – Detailee
La. Bar No. 31299
650 Poydras Street, Ste. 1600
New Orleans, Louisiana 70130
Brittany.Reed2@usdoj.gov
Telephone: (504) 680-3031
