# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MELODY STEELE-SMITH,<br><br>    Defendant. | Crim. Action No. 21CR77(RDM) |

## RESPONSE TO PRE-SENTENCE REPORT

Melody Steele-Smith states, through counsel, that she has the following corrections, clarifications, and additions to the Pre-Sentence Report.

Paragraph 20: As discussed in Court during the plea colloquy, Ms. Steele-Smith did not climb a large wall as some protestors did. She stepped over a short wall so that she could take pictures.

Paragraph 22: Ms. Steele-Smith was shot with a rubber bullet while *outside* the Capitol, not while inside.

Paragraph 50: Ms. Steele-Smith's father's name was Thurman Harvey Steele. Ms. Steele-Smith has one sister and two maternal half-sisters.

Paragraph 63: Ms. Steele-Smith had her first drink at age 14 but did not then start consuming alcohol regularly. Therefore, the first sentence of this paragraph is a little misleading.

Statement of Acceptance:

Ms. Steele-Smith adds the following statement of acceptance of responsibility, which is submitted in addition to her affirmation of her signed statement of offense:

I, Melody Steele-Smith, admit that on January 6, I went into the Capitol when people were not supposed to be inside. That day, I moved with the flow of people inside. I did not see or cause any violence but I did smell tear gas. I know that going inside was wrong and I apologize for my contribution to the chaos of the day.

Respectfully Submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
ELIZABETH A. MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

_____/s/_____
NATHANIEL WENSTRUP
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
703-600-0825
703-600-0880 (fax)
Nate_Wenstrup@fd.org