UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| : | CASE NO.  21-077 (RDM) |
| v.       : | |
| : | |
| MELODY STEELE-SMITH   : | |
| : | |
| Defendant.   : | |

## MOTION TO CONTINUE SENTENCING HEARING AND VACATE SENTENCING RELATED DEADLINES

The United States of America, appearing herein through the United States Attorney, moves this Court to continue the sentencing hearing currently scheduled for April 4, 2023 and move this Court to vacate the deadlines for the government and counsel for defendant to file sentencing memorandums.

Lead counsel for the government is expecting to begin a trial in the Eastern District of Louisiana on April 3, 2023. Should this Court grant a continuance of this matter, the government would also request that the deadline for the government and the defendant to file sentencing memoranda also be vacated.  Counsel for the defendant and the government have conferred. Counsel for defendant has no objection to this request.

## CONCLUSION

For the foregoing reason the parties respectfully request that the Court grant the request to vacate the sentencing date currently set for April 4, 2023, grant a 30-day continuance of the above-captioned proceeding, and set a new submission deadline for the government's and defendant's sentencing memoranda to be filed.

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          United States Attorney
                                          D.C. Bar No. 481052

                                          By: */s/ Brittany L. Reed*
                                          BRITTANY L. REED
                                          Trial Attorney – Detailee
                                          La. Bar No. 31299
                                          650 Poydras Street, Ste. 1600
                                          New Orleans, Louisiana 70130
                                          Brittany.Reed2@usdoj.gov
                                          (504) 680-3000