# EXHIBIT 1: LETTERS IN SUPPORT OF MELODY STEELE-SMITH

**From:** Angie Bryant
**To:** Ellen Shultz
**Subject:** Melody Steele Smith (Support)
**Date:** Tuesday, March 21, 2023 8:22:25 AM

EXTERNAL SENDER

Honorable Randolph D Moss
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Moss,

My Name is Angela (Angie) Steele Bryant .
I've lived in Louisville Kentucky for 35 years ..
Im a native Kentuckian, born and raised in Muhlenberg County Kentucky..
I've known Melody Steele Smith Her entire life .. we are cousins .. (first cousins) ..We are
also Friends ..I am three years older than Melody ..We have shared childhoods … school
years.. summer times, holidays, many church and family activities during our Young lives in
Western Kentucky ..
We care a great deal for one another ..
We make deliberate efforts to stay in touch, regardless of the miles between us ..
We sincerely care about one another ..
We encourage one another in Life's endeavors…
We continue to be loyal and honest friends ..
We are grateful for our family connection and history ..
and We are proud to be Cousins .. We are proud to be "Steele's".

As Adults ..We have lived miles apart .. we've lead different lives ..
While We have rarely seen one another in the flesh since our Younger years ..
unless it was at the funeral of a family member ..
Even so ..
We continue to check on each other regularly .. weekly .. sometimes daily …
We share over phone calls & text messages .. many joys, heartbreaks and experiences ..

We encourage and pray for each other ..
She has been my sounding board .. I feel like we both share and provide a
a therapeutic connection in our relationship …

I've been able to share many of my life's frustrations and hardships with her in ways I've not
been able to share with anyone else ..Many Days she has been a God Send ..
.. Ive always felt I could trust her as a friend without feeling judged for how I felt … She has
provided emotional support .. and relief for me over the years ....
We have offered a virtual shoulder to one another ..It's been A Big reliever of stress for me ....
just to have Her listening ear .. and opinion..

She has always amazed me for several reasons.. however , as her cousin .. I am also very aware of her personal hardships .. especially from her early childhood and youth .. I have watched her over come and work hard ..

Ive been in awe of her determination and desire to work and serve her family .. her country ..
.. She doesn't shy away from hard work .. ever !
She's the first to step up for the hard physical labor ..
She's not afraid to get her hands dirty or scuffed up from manual labor ..
I'm proud of her for her service in our Country's Military..
I Continue to be impressed and influenced by her giving and kind heart..
Shes a real lover of animals … all of her life ... She has a special and undeniable connection to Canines .. a true gift ..

Needless to say I share a rich history of experiences with My cousin ..
and I pray that continues to grow as we age ..

Since the Jan 6 Event at the Capitol …
We have shared even
more phone calls and text messages..
We have shared fears and tears about how it all unfolded as we reflect on that day .. over and over ..That specific-scary event is the Topic of 90% of our correspondence since that day ..

As her cousin .. I know Her heart .. I know if she could go back to that day and understand the course of events .. The seriousness and devastating actions that transpired on that day ..
Im confident she would never had been there…I'm certain she was under the impression she was attending a "political gathering - a pep rally event "
like the many other public gatherings -rally's she has attended over the years ..
None of which ever turned into the terrifying and disturbing events of Jan 6 at our Nations Capitol ..

I am Proud of My Cousin Melody Steele Smith .. I'm grateful for her desire to do good and be a good American Citizen ..It is my hope and prayer that She can soon put this hard lesson and experience behind her and have some peace and hope restored to her life …

Thank You ,
Sincerely ..

Angela (Angie )
Steele Bryant





Sent from my iPhone

Sara Gossett
332 N. 4th Street
Central City, KY 42330
270-543-2096


March 30, 2023


The Honorable Randolph D. Moss
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Dear Judge Moss,

My name is Sara Gossett, and I am a Pharmacy Technician in Central City, Kentucky.  I am writing today to give you a character reference for Melody Steele-Smith.  Melody and I have known one another since high school, and have been close friends for about the last 25 years.  Although we live many miles away from each other, we still communicate a couple of times a week.

Melody is a very caring and compassionate person who has a genuine concern for the welfare of others.  Whenever we speak, she always asks if I am happy.  She is a very good listener and helps me work through personal issues.  I can tell in her tone that she truly cares.  Once, she canceled plans with me to help a friend with car trouble.

I have always known Melody to have strong Christian values.  We have discussed her faith in God, and she recently inquired about The Woman's Study Bible that I read frequently.

She is known in our community for her service in the military and love for our country.  Also, she is a longtime supporter of our local humane society, giving money and other donations for the cause.  Melody and I recently attended a fundraiser for our humane society.

Melody has put to good use the things she learned in the Navy Seabees.  When she comes back home to Muhlenberg County, Melody often helps others with home repairs and projects.  She replaced light switches, replaced a ceiling fan, and repaired a leaky roof for me.  Of course, she didn't charge me and even paid for the materials.  I know she helped her Step-father install a new deck.

She is a loving grandmother and part-time caregiver to her granddaughter, Kamber.  Melody takes her to do fun kid things, like the zoo and shopping. She gets Kamber off of the school bus and they spend a lot of time in the swimming pool together.

In closing, I want to say that Melody does not have a violent bone in her body. She does not condone violence, nor participate in it.  Had she known that the rally would be violent in any way, she would not have attended.  She cares deeply for all people; strangers, family, and friends alike. Melody has a strong character and a big heart. She means no harm to anyone.

Thank you for your time and consideration.

Sincerely,


Sara Gossett

March 24, 2023

The Honorable Randolph D. Moss
United State District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Moss:

My name is Debra Reiss, I am a cosmetology proctor for my state. Melody has been my best friend for 41 years, and for that reason I know her quite well. Melody is a loving, supportive wife for 23 years, a mom of 2 young men and 2 rescue pups. She is a dotting "Gramz" every minute of every day to 3 beautiful, smart girls. She is incredibly involved with her family. When her boys were young, she volunteered in their school activities and was awarded Parent Volunteer. She also volunteers for her granddaughters' school activities.

Melody is a talented Artist and has shared her talent with her community by designing backgrounds for her Church plays. She has participated in community clean-ups. During a hurricane she assisted in relief on the Gulf Coast. She is a blood donor with the Red Cross and has earned pins.

Melody is a Veteran; she was in the Navy as a Seabee. While in Honduras she helped in hurricane relief and was awarded a Humanitarian Medal. She has also volunteered her Saturdays at the local VA nursing home.

Melody is one of the most caring, kindest, giving people I know. In our conversations she has expressed her remorse in this matter, and for that reason she has learned from her mistake.

Thank you for your time,

*Debra Reiss*

Debra Reiss

**From:**      Laura Rushing
**To:**        Ellen Shultz
**Date:**      Monday, March 27, 2023 12:56:24 PM

EXTERNAL SENDER

  My name is Laura Rushing.  I am retired from Muhlenberg County Board of Education with 27 years of dedication to the students of 9th-12th grade.

  I am 55 years old and have known Melody for 41 years!  I met Melody when I was 14 years old and she was 19.  She dated my best friends brother.  We became close friends throughout my teenage years and closer as adults.  I ALWAYS looked up to her and she was a role model to me.  I always thought of her as a sister that I never had.  She is a loving, most kind and giving person I know.  Always a hard worker and someone who served in the forces for our country. My HERO always!  Melody loves her two boys and grand daughter more than the air she breathes.  They are truly her world and she would never do anything to jeopardize their relationship. I know she is very apologetic for January 6. Mel is a strong and good hearted person that will stand up for herself and her family BUT would never do anything to hurt her or her family.

Laura Rushing

DEAR Judge MOSS :

To WHOM this letter CONCERNS :

MY NAME IS DARRYL SMITH AND THE husband of MELODY Smith
I work AT HUNTINGTON INGALLS INDUSTRIES at NEWPORT
NEWS, VA. I am a FOREMAN OF A CREW. I have been there
20 YEARS.

MELODY MY WIFE AND I MET WHEN WE both WERE
IN the NAVY. WE DATED FOR A FEW YEARS AND WHEN
WE both got OUT OF the MILITARY MOVED TO MAINE
AND got MARRIED. SO I have KNOWN her over 20 some
YEARS.

As A MOTHER she LOVES with out bounds.
AS A WIFE she is forgiving and PATIENT.

Melody has ALWAYS been a reliable PERSON FOR others
to COUNT ON FOR help & ASSITANCE AND GUIDENCE.

SHE has dedicated MANY hours to VARIOUS
ORGANIZATIONS IN the COMMUNITY AND BEYOND

Helping in our local churchs coordinating
designed and painted sets for christmas
decorations and padgents

Assisting with the awan's program when needed
keeps things interesting and encourges neighborhood
children to attend and get involved

Volunteers many hours our granddaughters school
helping, organizing student handouts and in the
library with book returns and such.

- She was awarded parent volunteer for all her
controbutions when her youngest son was still in
school

- Helps out in the local communinity with our annual
county clean up days

- Loves outdoors fishing hiking, gardening.
Has a passion for the Arts, painting.
Enjoys crafting changing the look of older disquarded
items into something special

- A Red Cross blood donor to the point of
being awarded pins her many donations

2

- WHILE SHe WAS IN the NAVY SHe WAS KNOWN AS A VOLUNTEER AMONG VOLUNTEERS!

AS FOR JAN - 6 SHe Regrets it AND A MISTAKE

DARRYL R. Smith

Darryl R. Smith