UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-cr-00077 (RDM) |
| v. | : | |
| | : | |
| MELODY STEELE-SMITH, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United State of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Brittany Reed. Please terminate AUSA's Samantha Miller and Alexander Diamond as they are no longer lead on this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Brittany L. Reed
BRITTANY L. REED
Trial Attorney – Detailee
La. Bar No. 31299
650 Poydras Street, Ste. 1600
New Orleans, Louisiana 70130
Brittany.Reed2@usdoj.gov
Telephone: (504) 680-3031

CERTIFICATE OF SERVICE

On this 12th day of July, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Brittany L. Reed
Assistant United States Attorney