UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-077 (RDM) |
| | : | |
| **MELODY STEELE-SMITH,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONVERT IN-PERSON PRELIMINARY REVOCATION HEARING TO VIRTUAL HEARING

The United States of America and defendant Melody Steele-Smith hereby move this Court to convert the in-person preliminary revocation hearing scheduled for July 15, 2024, to a virtual hearing. Counsel for the government is a detailee who is currently located in the Eastern District of Louisiana. The defendant has no objection to the hearing being converted to a virtual hearing.

WHEREFORE, the government and defendant respectfully request that this Court grant the joint request to convert the in-person hearing to a virtual hearing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ Brittany L. Reed
Brittany L. Reed
Assistant United States Attorney
Louisiana Bar Roll No. 31299
650 Poydras Street, Ste. 1600
New Orleans, Louisiana 70130
Tel: (504) 680-3031
Brittany.Reed2@usdoj.gov