AO 83 (Rev. 06/09; DC 3/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>MELODY STEELE-SMITH<br><br>*Defendant*<br>DOB: 3/10/1963 | )<br>)<br>)<br>)  Case No. 21-CR-77-RDM<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☒ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

Place: United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

Courtroom No.: 8 on the 4th Floor
Date and Time: 07/15/2024 2:00 pm

This offense is briefly described as follows:
Please see attached Probation Petition.

Date: 07/01/2024

ANGELA D. CAESAR, Clerk
BY: *G L Walker*   Date: 2024.07.01 09:18:11 -04'00'
*Issuing officer's signature*

G. Walker, Deputy Clerk
*Printed name and title*

---

**RECEIVED**

I declare under penalty of perjury that I have:

☒ Executed and returned this summons     ☐ Returned this summons unexecuted

JUL 10 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Date: 7/10/24

*Server's signature*

DUSM Jeffrey Imgrund
*Printed name and title*